# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER E. PIGEON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70650

FILED

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging the validity of a judgment of conviction. Without deciding the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Petitioner has an adequate legal remedy by way of a direct appeal, which is currently pending in this court, or a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Christopher E. Pigeon
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-35931